UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2620 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>GLORIA SCHWAAB,<br><br>Defendant,<br><br>and<br><br>MARQUETTE BANK,<br><br>Garnishee. | ) | STIPULATION FINAL ORDER IN GARNISHMENT |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED

1. The garnishee shall immediately pay the sum of $600.00 to the United States; and

2. The remaining $436.00 of garnished funds is released to the defendant.

Dated: April 25

Magistrate Judge Jonathan G. Lebedoff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK