UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2620 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLORIA SCHWAAB,<br><br>Defendant,<br><br>WELLS FARGO BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court on or about March 23, 2005.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served is released.

Dated: April 5, 2005 s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge